UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT PRICE MCCOWAN,

    Plaintiff,

  v.

RICHARD SEEBORG, et al.,

    Defendants.

Case No. 15-cv-04197-HSG (PR)

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO COMPLETE IFP APPLICATION**

On September 15, 2015, plaintiff, a California prisoner incarcerated at Salinas Valley State Prison ("SVSP"), filed this *pro se* civil rights action under 42 U.S.C. § 1983. That same day, the Clerk notified plaintiff that his application to proceed *in forma pauperis* ("IFP") was not complete in that it did not include a certificate of funds completed and signed by a prison official or a trust account statement showing transactions and balances for the last six months. On September 23, 2015, plaintiff filed another IFP application, but it was still missing the required forms.

In the interest of justice, the Court will grant plaintiff an extension of time to file the missing certificate of funds and prison trust account statement, no later than **thirty (30)** days from the date this order is filed. In the alternative, plaintiff may pay the full $400.00 filing fee.

**Failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

    **IT IS SO ORDERED.**

Dated: October 26, 2015

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge