UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT PRICE MCCOWAN,

    Plaintiff,

  v.

CARDONA, et al.,

    Defendants.

Case No. 15-cv-04197-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice for failure to state a claim.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  5/2/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge